BINGHAM MCCUTCHEN LLP
TODD E. GORDINIER, STATE BAR NO. 82200
todd.gordinier@bingham.com
JENNIFER A. LOPEZ, STATE BAR NO. 232320
jennifer.lopez@bingham.com
DAMIAN M. MOOS, STATE BAR NO. 240030
damian.moos@bingham.com
600 Anton Blvd., 18th Floor
Costa Mesa, CA 92626
Telephone: (714) 830-0600
Fax: (714) 830-0700

BINGHAM MCCUTCHEN LLP
FARSCHAD FARZAN, STATE BAR NO. 215194
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2000
Fax: (415) 393-2286
farschad.farzan@bingham.com

JASON R. ERB, STATE BAR NO. 180962
HYUNDAI MOTOR AMERICA
10550 Talbert Ave.
P.O. Box 20850
Fountain Valley, CA 92728-0850
Telephone: (714) 965-3393
Fax: (714) 965-3815
JasonErb@hmausa.com

Attorneys For Defendant
HYUNDAI MOTOR AMERICA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL K. SANO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, INC., a California Corporation, and DOES 1-50,<br><br>Defendants. | CASE NO. 3:06-CV-02334-SC<br><br>Hon. Samuel Conti<br><br>**STIPULATION EXTENDING HYUNDAI MOTOR AMERICA'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>ORDER |

STIPULATION EXTENDING HYUNDAI'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

OC/228086.1

Plaintiff Michael Sano ("Plaintiff") and Defendant Hyundai Motor America ("Hyundai"), through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Plaintiff filed a complaint on February 3, 2006;

**WHEREAS**, Plaintiff filed a First Amended Complaint on March 28, 2006;

**WHEREAS**, Plaintiff served his First Amended Complaint on Hyundai on March 29, 2006;

**WHEREAS**, Hyundai's time within which to file a responsive pleading to Plaintiff's First Amended Complaint expires on April 18, 2006;

**WHEREAS**, Plaintiff has agreed to extend Hyundai's time to respond to the First Amended Complaint until April 26, 2006;

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned counsel, as follows:

-1-

STIPULATION EXTENDING HYUNDAI'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

OC/228086.1

1. The parties have agreed that in furtherance of the above, Hyundai shall file a responsive pleading to Plaintiff's First Amended Complaint on or before April 26, 2006.

Dated: April 14, 2006

BINGHAM MCCUTCHEN LLP
TODD E. GORDINIER
JENNIFER A. LOPEZ
DAMIAN M. MOOS
FARSCHAD FARZAN

JASON R. ERB
HYUNDAI MOTOR AMERICA

_Jennifer A. Lopez_
Jennifer A. Lopez, Esq.
Attorneys For Defendant Hyundai Motor America, Inc.

Dated: April ___, 2006

GIRARD GIBBS & De BARTOLOMEO LLP
ERIC H. GIBBS
**DYLAN HUGHES**

NORMAN E. SIEGEL
STUEVE SIEGEL HANSON WOODY LLP

_____
Dylan Hughes, Esq.
Attorneys For Plaintiff Michael Sano

STIPULATION EXTENDING HYUNDAI'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

OC/228086.1

1.  1.  The parties have agreed that in furtherance of the above, Hyundai shall file a responsive pleading to Plaintiff's First Amended Complaint on or before April 26, 2006.

Dated: April ___, 2006

BINGHAM MCCUTCHEN LLP
TODD E. GORDINIER
JENNIFER A. LOPEZ
DAMIAN M. MOOS
FARSCHAD FARZAN

JASON R. ERB
HYUNDAI MOTOR AMERICA

_____
Jennifer A. Lopez, Esq.
Attorneys For Defendant Hyundai Motor America, Inc.

Dated: April 14, 2006

GIRARD GIBBS & De BARTOLOMEO LLP
ERIC H. GIBBS
DYLAN HUGHES

NORMAN E. SIEGEL
STUEVE SIEGEL HANSON WOODY LLP

_____
Dylan Hughes, Esq.
Attorneys For Plaintiff Michael Sano

**IT IS SO ORDERED**
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION EXTENDING HYUNDAI'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

OC/228086.1

## CERTIFICATE OF SERVICE

I am over 18 years of age, not a party to this action and employed in Orange County, California at 600 Anton Boulevard, 18th Floor, Costa Mesa, California 92626. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

**STIPULATION EXTENDING HYUNDAI MOTOR AMERICA'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

by causing a true and correct copy of the above to be placed in the United States Mail at Costa Mesa, California in sealed envelope(s) with postage prepaid, addressed as follows:

Eric H. Gibbs, Esq.
Dylan Hughes, Esq.
Girard Gibbs & DeBartolomeo LLP
601 California Street, Suite 1400
San Francisco, CA 94108

Norman E. Siegel, Esq.
Stueve Siegel Hanson Woody LLP
330 W. 47th Street, Suite 250
Kansas City, MO 64112

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on April 14, 2006.

_____
Julie M. Valenzuela

-3-

STIPULATION EXTENDING HYUNDAI'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

OC/228086.1