BINGHAM MCCUTCHEN LLP
TODD E. GORDINIER, STATE BAR NO. 82200
todd.gordinier@bingham.com
JENNIFER A. LOPEZ, STATE BAR NO. 232320
jennifer.lopez@bingham.com
DAMIAN M. MOOS, STATE BAR NO. 240030
damian.moos@bingham.com
600 Anton Blvd., 18th Floor
Costa Mesa, CA  92626
Telephone: (714) 830-0600
Fax: (714) 830-0700

BINGHAM MCCUTCHEN LLP
FARSCHAD FARZAN, STATE BAR NO. 215194
Three Embarcadero Center
San Francisco, CA 94111
Telephone:  (415) 393-2000
Fax:  (415) 393-2286
farschad.farzan@bingham.com

JASON R. ERB, STATE BAR NO. 180962
HYUNDAI MOTOR AMERICA
10550 Talbert Ave.
P.O. Box 20850
Fountain Valley, CA  92728-0850
Telephone: (714) 965-3393
Fax: (714) 965-3815
JasonErb@hmausa.com

Attorneys For Defendant
HYUNDAI MOTOR AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL K. SANO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, INC., a California Corporation, and DOES 1-50,<br><br>Defendants. | CASE NO. 3:06-CV-02334-SC<br><br>Hon. Samuel Conti<br><br>**STIPULATION AND [PROPOSED] ORDER TRANSFERRING ACTION TO CENTRAL DISTRICT OF CALIFORNIA AND EXTENDING HYUNDAI'S TIME TO FILE A RESPONSIVE PLEADING TO THE FIRST AMENDED COMPLAINT** |

1     Plaintiff Michael Sano ("Plaintiff") and Defendant Hyundai Motor America ("Hyundai"),

2    through their counsel of record, hereby stipulate as follows:

3

4     **WHEREAS**, Plaintiff filed a Complaint on February 6, 2006, and a First Amended

5    Complaint ("FAC") on March 28, 2006 in the Alameda County Superior Court;

6

7     **WHEREAS**, Plaintiff served his FAC on Hyundai on March 29, 2006;

8

9     **WHEREAS,** Hyundai removed the FAC to this Court on April 3, 2006;

10

11    **WHEREAS**, Hyundai's time within which to file a responsive pleading to Plaintiff's

12    FAC expires on April 26, 2006;

13

14    **WHEREAS**, for the reasons stated below, including for the convenience of the parties

15    and witnesses and in the interests of justice, the parties agree that this case should be transferred

16    to the Central District of California;

17

18    **WHEREAS**, Hyundai is a California corporation with its principal place of business in

19    Orange County, California;

20

21    **WHEREAS**, Plaintiff alleges that the Flywheel System factory installed in his and class

22    members' 2003 Hyundai Tiburon GTs is defective, is covered under Hyundai's Express

23    Warranties, and that Hyundai conceals the defect and denies coverage under its Express

24    Warranties;

25

26    **WHEREAS**, this case should be transferred to the Central District of California because

27    Hyundai's corporate headquarters are located in Orange County, California, most of the

28

-1-

1   employees who will be percipient witnesses to the matters raised in this action are located within

2   Orange County and Hyundai's books, files, and records are located in Orange County;

3

4       **WHEREAS**, this case should be transferred to the Central District of California because

5   an action entitled <u>Parkinson v. Hyundai Motor America</u>, Case No. SAVC 06-345-AHS (MLG),

6   which involves all or a material part of the subject matter of this action as discussed in Hyundai's

7   Notice of Pendency of Other Action filed on April 20, 2006, is currently pending in the Central

8   District of California;

9

10       **WHEREAS**, the transfer of this case to the Central District of California will facilitate

11   consolidation of all of these actions and avoid inconsistent rulings and judgments;

12

13       **WHEREAS**, this case should be transferred to the Central District of California "in the

14   interests of justice" as a result of the "pendency of related actions in the transferee forum," which

15   is considered a significant factor in determining whether to transfer (<u>see</u>, <u>e.g.</u>, <u>Jolly v. Purdue</u>

16   <u>Pharma L.P.</u>, 2005 WL 2439197 at *2 (S.D. Cal. 2005); <u>A.J. Industries, Inc., v. United States</u>

17   <u>District Court for the Central District of California</u>, 503 F.2d 384, 389 (9th Cir. 1974); <u>Durham</u>

18   <u>Productions, Inc., v. Sterling Film Portfolio, Ltd., Series A</u>, 537 F. Supp. 1241, 1243 (S.D.N.Y.

19   1982) ("Litigation of related claims in the same tribunal is strongly favored because it facilitates

20   efficient, economical and expeditious pre-trial proceedings and discovery and avoid[s]

21   duplicitous [sic] litigation and inconsistent results."); <u>Coultman v National RR Passenger Corp.</u>,

22   857 F Supp 231, 235 (E.D.N.Y. 1994) ("[r]elated litigation pending in the proposed transferee

23   forum is a factor that weighs heavily in favor of transfer"); <u>Carolina Cas. Co. v. Data Broad.</u>

24   <u>Corp.</u>, 158 F. Supp. 2d 1044, 1048-49 (N.D. Cal. 2001) ("the possibility of consolidating this

25   case with [another case] favors transfer"));

26

27       **WHEREAS**, Plaintiff has agreed to extend Hyundai's time to respond to the FAC until

28   twenty days following entry of an Order regarding the transfer of this action.

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned counsel, as follows:

1.      The parties have agreed that in furtherance of the above, this action should be transferred to the Central District of California; and

2.      The parties have agreed that in furtherance of the above, Hyundai shall file a responsive pleading to Plaintiff's First Amended Complaint twenty days following entry of an Order regarding the transfer of this action.

Dated:  April 26, 2006                    BINGHAM MCCUTCHEN LLP
                                          TODD E. GORDINIER

                                          JASON R. ERB
                                          HYUNDAI MOTOR AMERICA

                                          /s/  Todd E. Gordinier
                                          Todd E. Gordinier, Esq.
                                          Attorneys For Defendant Hyundai Motor America, Inc.

Dated:  April ___, 2006                   GIRARD GIBBS & De BARTOLOMEO LLP
                                          ERIC H. GIBBS
                                          DYLAN HUGHES

                                          NORMAN E. SIEGEL
                                          STUEVE SIEGEL HANSON WOODY LLP


                                          Dylan Hughes, Esq.
                                          Attorneys For Plaintiff Michael Sano

### ORDER

The above stipulation having been considered, and good cause appearing therefore,

THIS CASE IS HEREBY TRANSFERRED TO THE CENTRAL DISTRICT OF CALIFORNIA.

DATED:_____         _____
                               HONORABLE SAMUEL CONTI
                               JUDGE OF THE UNITED STATES DISTRICT COURT

-3-

1    **IT IS HEREBY STIPULATED AND AGREED** by the parties, through their

2    undersigned counsel, as follows:

3

4          1.      The parties have agreed that in furtherance of the above, this action should be

5    transferred to the Central District of California; and

6          2.      The parties have agreed that in furtherance of the above, Hyundai shall file a

7    responsive pleading to Plaintiff's First Amended Complaint twenty days following entry of an

8    Order regarding the transfer of this action.

9    Dated: April ___, 2006              BINGHAM MCCUTCHEN LLP
10                                        TODD E. GORDINIER

11                                        JASON R. ERB
12                                        HYUNDAI MOTOR AMERICA

13                                        _____
14                                        Todd E. Gordinier, Esq.
                                          Attorneys For Defendant Hyundai Motor America, Inc.
15
     Dated: April 26, 2006               GIRARD GIBBS & De BARTOLOMEO LLP
16                                        ERIC H. GIBBS
                                          DYLAN HUGHES
17
                                          NORMAN E. SIEGEL
18                                        STUEVE SIEGEL HANSON WOODY LLP

19                                        _____
20                                        Dylan Hughes, Esq.
                                          Attorneys For Plaintiff Michael Sano
21
                                          **ORDER**
22
           The above stipulation having been considered, and good cause appearing therefore,
23
           THIS CASE IS HEREBY TRANSFERRED TO THE CENTRAL DISTRICT OF
24
     CALIFORNIA.
25
26   DATED: _____ 4/27/06

27                                        HONO_____
     JUDGE_____ ATES DISTRICT COURT
28

*IT IS SO ORDERED*

*Judge Samuel Conti*

STIPULATION AND [PROPOSED] ORDER TRANSFERRING CASE TO CENTRAL DISTRICT
OC/228288.1

1

**CERTIFICATE OF SERVICE**

2          I am over 18 years of age, not a party to this action and employed in Orange

3   County, California at 600 Anton Boulevard, 18th Floor, Costa Mesa, California 92626. I am

4   readily familiar with the practice of this office for collection and processing of correspondence

5   for mailing with the United States Postal Service and correspondence is deposited with the

6   United States Postal Service that same day in the ordinary course of business.

7          Today I served the attached:

8          **STIPULATION AND [PROPOSED] ORDER TRANSFERRING
           ACTION TO CENTRAL DISTRICT OF CALIFORNIA AND**
9          **EXTENDING HYUNDAI'S TIME TO FILE A RESPONSIVE
           PLEADING TO THE FIRST AMENDED COMPLAINT**
10

11  by causing a true and correct copy of the above to be placed in the United States Mail at Costa

12  Mesa, California in sealed envelope(s) with postage prepaid, addressed as follows:

13          Eric H. Gibbs, Esq.
            Dylan Hughes, Esq.
14          Girard Gibbs & DeBartolomeo LLP
            601 California Street, Suite 1400
15          San Francisco, CA 94108

16          Norman E. Siegel, Esq.
            Stueve Siegel Hanson Woody LLP
17          330 W. 47th Street, Suite 250
            Kansas City, MO 64112

18          I declare that I am employed in the office of a member of the bar of this court at

19  whose direction the service was made and that this declaration was executed on April 26, 2006.

20

21          _____

22                          Julie M. Valenzuela

23

24

25

26

27

28

-4-